IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| HOSEA ANTHONY GREGORY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-CO-514-S |
| | ) |
| ALBERTO GONZALEZ, Attorney General | ) |
| of the United States; MICHAEL CHERTOFF, | ) |
| Secretary of Homeland Security; CRAIG | ) |
| ROBINSON, Field Office Director, | ) |
| Department of Homeland Security; | ) |
| SCOTT HASSEL, Chief of Corrections, | ) |
| Etowah County Detention Center, | ) |
| | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

Hosea Anthony Gregory has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his confinement and the conditions of his confinement while in the custody of Homeland Security in Uniontown, Alabama, which is located in Perry County, Alabama. Perry County is located in the Southern District of Alabama.

The court finds that this matter is due to be transferred to the United States District Court for the Southern District of Alabama. An appropriate order will be entered.

Done this 29th day of March 2007.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153